**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | No. 11-10244 |
| v. | D.C. No. 3:10-cr-08049-DGC-1 District of Arizona, |
| EDGAR MIKE ALVIREZ, JR., *Defendant-Appellant*. | Prescott |
| | ORDER |

Filed April 15, 2013

Before: Dorothy W. Nelson, Johnnie B. Rawlinson, and Sandra S. Ikuta, Circuit Judges.

---

## ORDER

The opinion filed on March 14, 2013, published at 2013 WL 1092709, is **WITHDRAWN** pending resolution of the petition for rehearing en banc in *United States v. Zepeda*, 705 F.3d 1052 (9th Cir. 2013). It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.